[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT**

**Case Title:** Slater vs. Spicknall, IIT, N...

1:19-cv-07790
Judge Edmond E. Chang
Magistrate Young B. Kim

An appearance is hereby filed by the undersigned as a pro se litigant:

**Name:** WILLIAM FAVRE SLATER, III

**Street Address:** 1515 W. Haddon Ave. Unit 309

**City/State/Zip:** Chicago, IL 60642

**Phone Number:** 1-312-758-0307

*Signature:* William F Slater III

**Executed on (date):** Nov. 26, 2019

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[✓] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

**E-Mail Address (Please PRINT legibly.):** slater@billslater.com

**FILED**
NOV 26 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]